No. 509, Misc. REED v. UNITED STATES ET AL. Sup. Ct. Mo. Certiorari denied.

No. 666, Misc. LIPSCOMB v. STEVENS, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar, David L. Norman* and *Gerald P. Choppin* for respondent.

No. 668, Misc. TRANTINO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Frances Kahn* for petitioner. *Guy W. Calissi* for respondent.

No. 681, Misc. DAVIS v. DUNBAR, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 683, Misc. WRIGHT v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 686, Misc. ALEXANDER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 687, Misc. WILSON v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 713, Misc. MACIAS v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 740, Misc. GREEN ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied. *Laurence R. Sperber, A. L. Wirin* and *Fred Okrand* for petitioners.